John A. BAILEY, Plaintiff–Appellant,

v.

DART CONTAINER CORPORATION OF MICHIGAN, Dart Container Corporation of Kentucky, Dart Container Corporation of Pennsylvania, and Dart Container Corporation, Defendants–Appellees.

No. 02–1165.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).